AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| United States of America | ) | Case: 1:24-mj-00152 |
| v. | ) | Assigned to: Judge Upadhyaya, Moxila A. |
| OLEKSANDR DIDENKO, | ) | Assign Date: 4/29/2024 |
| also known as "Alexander Didenko" | ) | Description: COMPLAINT W/ ARREST WARRANT |
| ▮▮▮▮▮▮▮ | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 2018 through April 29, 2024___ in the county of _____ in the _____ District of ____Columbia____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 371 | - Conspiracy to Defraud the United States and its Agencies |
| 18 U.S.C. §§ 1343 & 1349 | - Wire Fraud and Conspiracy |
| 18 U.S.C. § 1028A | - Aggravated Identity Theft |
| 18 U.S.C. §§ 1028(a)(7), (b)(1)(D),(c)(3)(A) & (f) | - Fraud with Identity Documents and Conspiracy |
| 8 U.S.C. § 1324a & 18 U.S.C. §§ 2, 371 | - Unlawful Employment of Aliens and Conspiracy |
| 18 U.S.C. §§ 1956(a)(1)(B)(i) & (h)(a)(2)(A), & (h); | - Money Laundering and Conspiracy |
| 18 U.S.C. § 1960 | - Unlicensed Money Transmitting Business |

This criminal complaint is based on these facts:

See attached Affidavit which is incorporated by reference as if fully stated herein.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

___David Booth, Special Agent, FBI___
*Printed name and title*

Attested to the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1. by telephone, this _____ day of April, 2024.

Date:  ____04/29/2024____            _____
*Judge's signature*

City and state:  ____Washington, D.C.____        ___Moxila A. Upadhyaya, U.S. Magistrate Judge___
*Printed name and title*