# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**OLEKSANDR DIDENKO,**<br>    also known as "Alexander Didenko",<br>        Defendant. | Case: 1:24-mj-00152<br>Assigned to: Judge Upadhyaya, Moxila A.<br>Assign Date: 4/29/2024<br>Description: COMPLAINT W/ ARREST WARRANT<br><br>**Filed Under Seal** |

## ORDER

The United States has filed a motion to seal the above-captioned complaint and warrant and related documents, including the application and affidavit in support thereof and all attachments thereto and other related materials (collectively the "Arrest Warrant").

The Court finds that the United States has established that a compelling governmental interest exists to justify the requested sealing, and that there is reason to believe that disclosure of the Arrest Warrant would jeopardize the investigation by providing the subject of the investigation an opportunity to destroy evidence or flee, and jeopardize the investigation by disclosing the details of facts known to investigators, the identities of witnesses, and the investigative strategy.

IT IS FURTHER ORDERED that, notwithstanding this Order to Seal, the Government may disclose the Arrest Warrant to (1) appropriate U.S. and foreign law enforcement officials and other officials and personnel to the extent that such disclosure is in furtherance of national security or efforts to locate, arrest, detain, transfer, extradite, or expel the defendant, and (2) the court, court officials, and defense counsel in this district or any other appropriate district as necessary to conduct any court proceedings in that district.

Case 1:24-cr-00261-RDM    Document 4    Filed 04/29/24    Page 2 of 2

2

It is, therefore, this 29th day of April 2024,

ORDERED that the motion is hereby GRANTED, and that the Arrest Warrant, Complaint, Related Documents, the instant motion to seal, and this Order be SEALED until further order of the Court.

_____
MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE

2