# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 24-mj-00152 |
| v. : | |
| : | |
| **OLEKSANDR DIDENKO,** : | |
|    also known as, : | |
|    "Alexander Didenko," : | |
| : | |
| **Defendant.** : | |

### GOVERNMENT'S MOTION TO UNSEAL COMPLAINT AND ARREST WARRANT

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court pursuant to Fed. R. Crim. P. 6(e)(4), to issue and Order that the Complaint and the Arrest Warrant, both of which were previously placed under seal in the above-captioned case, be unsealed effective May 16, 2024 at 09:00 a.m. In support of its motion, the Government states as follows:

1. On April 29, 2024, upon consideration of a motion by the Government, the Court sealed the Complaint, any supporting documents and docket entries, and the Arrest Warrant in this case to further the legitimate prosecutorial interest of the Government to arrest the defendant prior to any attempt on his part to flee should he become aware of the impending arrest and prevent the public disclosure of the Government's ongoing criminal investigation into his activities.

2. United States law enforcement officials have determined that the continued sealing of these materials no longer serves the governmental interest in obtaining custody of the defendant. Therefore, the basis that previously existed for the sealing of the Complaint and the Arrest Warrant no longer exists.

3.  Notwithstanding the same, certain portions of the Affidavit in Support of the Complaint contain personal identifying information, and thus the Government will provide the clerk a copy of the Affidavit redacting such information.

## CONCLUSION

WHEREFORE, for all the foregoing reasons, the United States of America respectfully requests that the Court now issue an Order unsealing the Complaint and the Arrest Warrant in this matter effective May 16, 2024, at 09:00 a.m. A proposed Order is submitted herewith.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

Date: May 13, 2024           By:      */s/ Karen Seifert*
                                      Karen P. Seifert
                                      N.Y. Bar No. 4742342
                                      Special Counsel for National Security
                                      U.S. Attorney's Office for the District of Columbia
                                      601 D Street NW
                                      Washington, D.C. 20530
                                      202-252-7527
                                      Karen.seifert@usdoj.gov