## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 24-mj-00152 |
| v. : | |
| : | |
| **OLEKSANDR DIDENKO,** : | |
|   also known as, : | |
|   "Alexander Didenko," : | |
| : | |
| **Defendant.** : | |

### ORDER

Upon consideration of the Government's Motion to Unseal the Complaint and Arrest Warrant, it is hereby ORDERED that that the Government shall provide the Clerk of Court with a copy of any materials related to the Complaint and Arrest Warrant; it is further

ORDERED that the Complaint, any supporting documents and docket entries, and the Arrest Warrant filed herein shall be unsealed effective May 16, 2024, at 09:00 a.m.

**SO ORDERED.**


Date: _____

HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE