**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 24-mj-00152 |
| v. : | |
| : | |
| OLEKSANDR DIDENKO, : | |
|     also known as, : | |
|     "Alexander Didenko," : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the Government's Motion to Unseal the Complaint and Arrest Warrant, it is hereby ORDERED that that the Government shall provide the Clerk of Court with a copy of any materials related to the Complaint and Arrest Warrant; it is further

ORDERED that the Complaint, any supporting documents and docket entries, and the Arrest Warrant filed herein shall be unsealed effective May 16, 2024, at 09:00 a.m.

**SO ORDERED.**

Date: May 16, 2024

HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE