# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 24-CR-261 |
| | : | |
| **OLEKSANDR DIDENKO,** | : | |
|   also known as | : | |
|   **Alexander Didenko,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and counsel that Assistant United States Attorney Steven B. Wasserman is entering his appearance in this case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar 481052

By:   */s/ Steven Wasserman*
Steven B. Wasserman
Assistant United States Attorney
D.C. Bar No. 453251
National Security Section
601 D Street, N.W., Room 5-128
Washington, D.C. 20530
Office: 202-252-7719
Steve.wasserman@usdoj.gov