**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 24-CR-261** |
| | : | |
| **OLEKSANDR DIDENKO,** | : | |
|   also known as | : | |
|   **Alexander Didenko,** | : | |
| | : | |
|        **Defendant.** | : | |

**GOVERNMENT'S NOTICE**
**OF FILING OF A NOTICE OF RELATED CRIMINAL CASE**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully enters a Notice of Related Criminal Case in the above-captioned matter.

On May 29, 2024, a Grand Jury of the United States District Court for the District of Columbia entered an indictment in the above-caption matter. The government at the time of filing erroneously failed to include a Notice of Related Criminal Case form.

WHEREFORE, the United States enters a Notice of a Related Criminal Case in this matter filed herein.

                                          Respectfully submitted,

                                          MATTHEW M. GRAVES
                                          UNITED STATES ATTORNEY
                                          D.C. Bar No. 481052

        By:     */s/ Karen P. W. Seifert*
                    Karen P. W. Seifert
                    Assistant United States Attorney
                    N.Y. Bar No. 4742342
                    United States Attorney's Office
                    555 Fourth Street, N.W.
                    Washington, D.C. 20530
                    Telephone: 202-252-7527
                    Email: karen.seifert@usdoj.gov