UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.** | **24-CR-261** |
| | : | | |
| v. | : | | |
| | : | | |
| **OLEKSANDR DIDENKO,** | : | | |
|    also known as | : | | |
|    **Alexander Didenko,** | : | | |
| | : | | |

The Court, having considered the Government's Motion to Quash Arrest Warrant it is this _____ day of _____, 2024,

**ORDERED**, that the WARRANT SIGNED ON APRIL 29, 2024 FOR DEFENDANT OLEKSANDR DIDENKO IS QUASHED.

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT COURT
JUDGE