NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

OLEKSANDR DIDENKO
(Defendant)

Criminal Number 24cr0261 (RDM)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA     [ ] RETAINED     [ ] FEDERAL PUBLIC DEFENDER

*Christopher M. Davis*

CHISTOHER M. DAVIS 385582
*(Attorney & Bar ID Number)*

DAVIS & DAVIS
*(Firm Name)*

1350 CONNECTICUT AVE NW STE 202
*(Street Address)*

WASHINGTON DC   20036
*(City)        (State)        (Zip)*

202 234-7300
*(Telephone Number)*