UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 24-cr-0261 (RDM)** |
| | : | |
| **OLEKSANDR DIDENKO,** | : | |

UNOPPOSED MOTION TO CONTINUE STATUS/PLEA HEARING

Oleksandr Didenko, through counsel, Christopher M. Davis, submits this unopposed motion to continue the status/plea hearing set for July 22, 2025. He states the following in support of his motion.

1. A status/plea hearing is currently set for July 22, 2025. Efforts to resolve some outstanding issues related to the calculation of guidelines in this case, along with the availability of interpreters,[1] has led to this request that the hearing date be vacated and rescheduled to mid-September.

2. The United States does not oppose Mr. Didenko's request. Mr. Didenko waives Speedy Trial between the date of his last court appearance and the date in September.

---

[1] Mr. Didenko does not speak or read English. A Ukrainian translator is required to translate any plea agreement reached. The Russian interpreter counsel has been using for jail visits is out of the country through mid-August.

WHEREFORE, Mr. Didenko requests that his instant motion be granted.

Respectfully submitted,

_____/s/_____
Christopher M. Davis
Counsel for Oleksandr Didenko
Davis & Davis
1350 Connecticut Avenue, NW Ste 202
Washington, DC 20036
(202) 234-7300

## CERTIFICATE OF SERVICE

I hereby certify that this Memorandum was served on all parties of record via the Court's CM/ECF System on this 14th day of July 2025.

_____/s/_____
Christopher M. Davis

2