UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 24-0261-RDM |
| OLEKSANDR DIDENKO | : |

## ORDER

Upon consideration of the Defendant's unopposed Motion to Continue, it is on this ____ day of July hereby

ORDERED that the July 22, 2025 status/plea date is vacated and the status/plea hearing is rescheduled to September _____ 2025 at _____.

_____
Randolph D. Moss
United States District Court Judge